IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN HOSPITAL SERVICE GROUP, INC. : <br><br> VS. : <br><br> ST. PAUL FIRE & MARINE INSURANCE CO. | CIVIL ACTION <br><br> NO. 02-4014 |

**ORDER**

AND NOW, this 2nd of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Lowell A. Reed, Jr. to the Honorable Anita B. Brody.


FOR THE COURT:


JAMES T. GILES
Chief Judge

ATTEST:

_____  _____
                                  MICHAEL E. KUNZ
                                  Clerk of Court