IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN HOSPITAL SERVICE GROUP, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY | : | NO. 02-4014 |

O R D E R

**AND NOW,** this        day of    JULY, 2002, it is Ordered that a **STATUS CONFERENCE** will be held on **Friday, July 19, 2002** at **2:00 p.m.**, in chambers, room 7613 on the 7th floor.

ATTEST:                                              or      BY THE COURT


BY:_____           _____
     Deputy Clerk                                      Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

Mark E. Johnston, Esq. (via fax:
Francis T. McDevitt, Esq. (via fax: