IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN HOSPITAL SERVICE GROUP | : : : : | |
| v. | : : : | 02-CV-4014 |
| ST. PAUL FIRE and MARINE INSURANCE COMPANY | : : | |

**ORDER**

**AND NOW**, this       day of July, 2002, it is **ORDERED** that:

(1) plaintiff's motion to remand (Docket # 5) is **GRANTED** based upon the affidavit of plaintiff's counsel as stated on the record at the July 19, 2002 status conference that plaintiff will not seek, nor collect, more than $74,999.99 from the defendant in this action for the injuries which gave rise to the lawsuit, subject to federal sanctions, including contempt of court. This court shall retain plenary jurisdiction over the matter in order to enforce the representation made by plaintiff's counsel.

(2) defendant's motion to dismiss pursuant to Rule 12(b)(6) or, in the alternative, for a more definite statement (Docket #4) is **DENIED AS MOOT**.

_____
ANITA B. BRODY, J.

Copies **FAXED** on _____ to:     Copies **MAILED** on _____ to: